RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ALLIE WILSON
Assistant Federal Public Defender
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
Allie_Wilson@fd.org

Attorney for RORY JACOB HERRERA

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>RORY JACOB HERRERA,<br><br>　　　　　Defendant. | Case No. 3:22-cr-00070-MMD-CSD<br><br>**ORDER GRANTING STIPULATION TO CONTINUE SENTENCING HEARING (SECOND REQUEST)** |

　　　IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and ALLIE WILSON, Assistant Federal Public Defender, counsel for RORY JACOB HERRERA and JASON M. FRIERSON, United States Attorney, and ANDOLYN R. JOHNSON, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Sentencing hearing set for June 17, 2024, at 9:00 AM, be vacated and continued to July 18, 2024, at 10:00 AM.

/ / /

/ / /

The continuance is necessary for the following reasons:

1. The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

2. Defense counsel requests this additional time in order to allow adequate time to research sentencing issues and to prepare for the sentencing hearing. The government is not opposed to the continuance.

3. Mr. Herrera is on bond and consents to the continuance. Specifically, Mr. Herrera was informed that the continuance will allow defense counsel to continue to gather documents in support of the hearing and provide continuity of counsel.

4. This is the second request for continuance of the sentencing hearing.

DATED this 5th day of June, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By  */s/ Allie Wilson*<br>    ALLIE WILSON<br>    Assistant Federal Public Defender<br>    Counsel for RORY HERRERA | By  */s Andolyn R. Johnson*<br>    ANDOLYN R. JOHNSON<br>    Assistant United States Attorney<br>    Counsel for the Government |

2

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Sentencing Hearing currently set for June 17, 2024, at 9:00 AM, be vacated and continued to July 18, 2024, at 10:00 AM.

DATED this __5th__ day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE